FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 13 2015 ★ BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X
UNITED STATES OF AMERICA          :

      -against-             :  MEMORANDUM AND ORDER

WILLIAM GROTH,                    :

    Defendant.                  :  15-CR-112(JBW)

---------------------------------X

At the request of U.S. Pretrial Services, a bail revocation hearing was held in the above-captioned case on August 3, 2015. All parties having been heard, it is hereby:

**ORDERED** that William Groth's bond be modified to require in-patient drug treatment. Mr. Groth is further ordered to enter such treatment as soon as possible.

Dated:   Brooklyn, NY
       August _10_, 2015

                                    _____
                                    The Honorable Jack B. Weinstein
                                    Senior United States District Court Judge